UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:18-CR-11 |
| ) | |
| JERRY WAYNE WILKERSON, ) | Judge Mattice |
| MICHAEL CHATFIELD, ) | |
| KASEY NICHOLSON, ) | |
| BILLY HINDMON, and ) | |
| JAYSON MONTGOMERY ) | |
| ) | |

## ORDER

This matter is before the Court *sua sponte* for case management purposes. Defendants various motions to adopt motions *in limine* [Docs. 101, 111, 112, 114, 120, 121, 122, 130, & 174] are hereby **GRANTED**.

**SO ORDERED** this 15th day of August, 2019.

                                                      */s/ Harry S. Mattice, Jr.*
                                                    HARRY S. MATTICE, JR.
                                             UNITED STATES DISTRICT JUDGE