UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:18-CR-11 |
| | ) | |
| JERRY WAYNE WILKERSON, | ) | Judge Mattice |
| MICHAEL CHATFIELD, | ) | |
| KASEY NICHOLSON, | ) | |
| BILLY HINDMON, and | ) | |
| JAYSON MONTGOMERY | ) | |
| | ) | |

## ORDER

As agreed to by all counsel at the Final Pretrial Conference held today, September 10, 2019, the following days are hereby designated for the trial of this matter: September 11, 12, 17, 18, 24, 25, 26, 27, and October 1, 2, 3, 4, 8, 9, 15, 16, 18, all in the year 2019.

**SO ORDERED** this 10th day of September, 2019.

                                                  */s/ Harry S. Mattice, Jr.*
                                                  HARRY S. MATTICE, JR.
                                      UNITED STATES DISTRICT JUDGE