# UNITED STATES DISTRICT COURT

EASTERN _____ DISTRICT OF _____ TENNESSEE

UNITED STATES OF AMERICA

V.

Jerry Wayne Wilkerson, et. al.

**WITNESS LIST**

Case Number: 1:18-cr-11

| PRESIDING JUDGE Harry S. Mattice, Jr. | | PLAINTIFF'S ATTORNEY Perry Piper and Frank Clark | DEFENDANT'S ATTORNEY See minutes |
|---|---|---|---|
| TRIAL DATE (S) 10/8/2019-10/9/2019 | | COURT REPORTER Shannan Andrews | COURTROOM DEPUTY Stefanie Capetz |

| USA | DEF. | DATE OF TESTIMONY | WITNESSES |
|---|---|---|---|
| W35 | | 10/8/2019 | Erik Srock, sworn |
| W36 | | 10/9/2019 | Brian Kriplean, sworn |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |