# UNITED STATES DISTRICT COURT

<u>EASTERN</u> DISTRICT OF <u>TENNESSEE</u>

UNITED STATES OF AMERICA

V.

Wilkerson, et. al.

**WITNESS LIST**

Case Number: 1:18-cr-11

| | | | |
|---|---|---|---|
| PRESIDING JUDGE<br>Harry S. Mattice, Jr. | | PLAINTIFF'S ATTORNEY<br>Perry Piper and Frank Clark | DEFENDANT'S ATTORNEY<br>See Court Minutes |
| TRIAL DATE (S)<br>10/15/2019 | | COURT REPORTER<br>Shannan Andrews | COURTROOM DEPUTY<br>Stefanie Capetz |

| USA | DEF. | DATE OF TESTIMONY | WITNESSES |
|---|---|---|---|
| W36 | | 10/15/2019 | Brian Kriplean, continuation of testimony |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |