| EXHIBIT | DESCRIPTION |
|---|---|
| Gov-2-GJDocsPatterso | |
| Gov-3-KatherineCallo | |
| Gov-4-McGowanProd060 | |
| Gov-5-ValadezProd918 | |
| Gov-6-ValadezProd918 | |
| Gov-7-ValadezProdWil | |
| Gov-8-_UCBProd_11620 | |
| Gov-9-CapitalMarkPro | |
| Gov-11-DobsonProdArma | |
| Gov-12-DobsonProdElij | |
| Gov-13-DobsonProdKoom | |
| Gov-14-DobsonProdMarq | |
| Gov-17 | USAO Docs_Ex. 17 Staten Kastigar Letter |
| Gov-18 | GJ Docs - Kim Terry handwritten notes regarding bank deposits |
| Gov-18-cr11govt2605a | DAS Prod_Email re Creams (full email) |
| Gov-18-cr11govt2605b | DAS Prod_Email re Creams (highlights) |
| Gov-19-JimChatfieldPr | |
| Gov-21-AmandaBookerKa | |
| Gov-22-AmandaBookerUs | |
| Gov-23-RachelMajorsFS | |
| Gov-24-RiceProdChrist | |
| Gov-26-ZachRiceExecut | |
| Gov-27-ZachRiceKastig | |
| Gov-28-SootheProdGeor | |
| Gov-30-GJDocsMatthewP | |

| | |
|---|---|
| Gov-31-GJDocsMatthewP | |
| Gov-32-FosterProd | 2014 Form 1099 for Heather Wyatt |
| Gov-33-FosterProd | 2015 Form 1099 for Heather Wyatt |
| Gov-34-FosterProd | Invoice and Documents in Package |
| Gov-36-CompulsionOrde | |
| Gov-37-DMontgomeryPro | |
| Gov-38-USADocs | George Striker Kastigar Letter |
| Gov-40-USADocs | George Striker Plea Agreement |
| Gov-41-USADocs | Josh Morgan Plea Agreement |
| Gov-42-USADocs | Candace Craven Plea Agreement |
| Gov-43-USADocs | Ryan McGowan Kastigar Letter |
| Gov-45-SootheProd | Ryan McGowan RX to Soothe |
| Gov-46-SootheProd | Wilkerson-Soothe Agreement |
| Gov-46-USADocs | George Striker SEALED Plea Supplement |
| Gov-47-USADocs | Candace Craven SEALED Plea Supplement |
| Gov-48-USADocs | Highlighted Transcript Conversation 2-10-15 JC MC GS |
| Gov-51-JoshMorganProd | |
| Gov-52-JoshMorganProd | |
| Gov-56-SchwabProd | Payments from Top Tier to Jared Schwab |
| Gov-57-USADocs | Stipulations FILED |
| Gov-101-WillowProd4031 | |
| Gov-102-WillowProd4430 | |
| Gov-103-WillowProdStat | |
| Gov-104-WillowProd_428 | |
| Gov-105-WillowProd_428 | |
| Gov-106 | Willow Prod_Ex. 106 Dawn Steele RX |
| Gov-107 | Willow Prod_Ex. 107 Nelson Steele RX |
| Gov-108-WillowProd_Wil | |
| Gov-110 | Willow Prod_Ex. 110 4-03-2014 GF RX to Willow |
| Gov-111 | Willow Prod_Ex. 111 4-07-2014 UPS Parcel to GF |
| Gov-111-WillowProd_407 | |
| Gov-112-WillowProd | 4-08-14 MC RX to Willow |
| Gov-113 | Willow Prod_Ex. 113 4-24-14 GF rx to Willow |

| | |
|---|---|
| Gov-114-WillowProd_430 | |
| Gov-115-WillowProd_424 | |
| Gov-117-WillowProd_507 | |
| Gov-118-WillowProd_509 | |
| Gov-119-WillowProd_512 | |
| Gov-121-WillowProducti | |
| Gov-122-WillowProducti | |
| Gov-123 | Willow Prod_Ex. 123 5-29-14 EB RX to Willow |
| Gov-124-WillowProd_604 | |
| Gov-125 | Willow Prod_Ex. 125 5-29-14 HB RX to Willow |
| Gov-126-WillowProd_603 | |
| Gov-127 | Willow Prod_Ex. 127 5-29-14 SB RX to Willow |
| Gov-128-WillowProd_604 | |
| Gov-129-_WillowProd_38 | |
| Gov-130-WillowProd_313 | |
| Gov-131-WillowProd_551 | |
| Gov-132-WillowProd_591 | |
| Gov-133-WillowProd_512 | |
| Gov-135-WillowProd_530 | |
| Gov-137-WillowProd_528 | |
| Gov-138-WillowProd_530 | |
| Gov-140-WillowProd_528 | |
| Gov-141-WillowProd_Mar | |
| Gov-142-WillowProd_528 | |
| Gov-143-WillowProd_Emi | |
| Gov-144-WillowProd_529 | |
| Gov-145-WillowProd_529 | |
| Gov-146-WillowProd_Mar | |
| Gov-147-WillowProd_529 | |

| | |
|---|---|
| Gov-148-WillowProd_529 | |
| Gov-149-WillowProd_Vic | |
| Gov-150-WillowProd_529 | |
| Gov-151-WillowProd_Eli | |
| Gov-152-WillowProd_529 | |
| Gov-153-WillowProd_Cas | |
| Gov-154-WillowProd_530 | |
| Gov-155-WillowProd_528 | |
| Gov-156-WillowProd_528 | |
| Gov-160-WillowProd_627 | |
| Gov-161-WillowProd_701 | |
| Gov-162-WillowProd_507 | |
| Gov-163-WillowProd_163 | |
| Gov-164-WillowProd_632 | |
| Gov-165-WillowProd_307 | |
| Gov-166-WillowProd_523 | |
| Gov-167-WillowProd_605 | |
| Gov-168 | Willow Prod_Ex. 168_4-3-2014 Debra Foster RX to Willow |
| Gov-169 | Willow Prod_Ex. 169 4-24-2014 Debra Foster RX to Willow |
| Gov-172-WillowProd_RXw | |
| Gov-173-WillowProdRach | |
| Gov-174-WillowProdAver | |
| Gov-175-WillowProdGeor | |
| Gov-176-WillowProdVale | |
| Gov-177-WillowProdRach | |
| Gov-178-WillowProdJosh | |
| Gov-179-WillowProdGavi | |
| Gov-181-WillowProdRyan | |
| Gov-182-WillowProdDonM | |

| | |
|---|---|
| Gov-183-WillowProdJami | |
| Gov-184-WillowProdKare | |
| Gov-186-WillowProd | Michael Smith RX to Willow |
| Gov-187-WillowProd | Katherine Callaway Ins. Info |
| Gov-188-WillowProd | 5-16-2014 UPS Parcel to KLN |
| Gov-189-WillowProd | 4-30-2014 UPS Parcel to KLN |
| Gov-190-WillowProd | George Foster Insurance Info (MC001) |
| Gov-191-WillowProd | Debbie Foster RX to Willow (MC002) |
| Gov-192-WillowProd | George Foster RX to Willow (MC004) |
| Gov-201-_ESIProd_Check | |
| Gov-202-ESIProd_Pharma | |
| Gov-203-ESIProd_Pharma | |
| Gov-204-ESIProd_Pharma | |
| Gov-207-ESIProd_Pharma | |
| Gov-208-ESIProd_Pharma | |
| Gov-209-ESIProd_Pharma | |
| Gov-211-ESIProd_Pharma | |
| Gov-212-ESIProd_FPSCer | |
| Gov-213-ESIProd_FPSCer | |
| Gov-214-ESIProd_FPSCer | |
| Gov-215-ESIProd_FPSCer | |
| Gov-216-ESIProd_Centra | |
| Gov-217-ESIProd_Centra | |
| Gov-218-ESIProd_Centra | |
| Gov-220-ESIProd_Summar | |
| Gov-221-ESIProdStriker | |
| Gov-223-ESIProd | Summary of Perkins-recruited Claims Data |
| Gov-224-ESIProd | Summary of Claims re Striker Customers |
| Gov-227-ESIProd | FPS Certified Claim - W. Daniel Excerpt |

| | | |
|---|---|---|
| Gov-234-ESIProd | ESI Claims Data for Soothe | |
| Gov-235-ESIProd | ESI Claims Data for Central | |
| Gov-236-ESIProd | ESI Claims Data for FPS | |
| Gov-237-ESIProd | ESI Claims Data for Willow | |
| Gov-302-BOAProd_519201 | | |
| Gov-303 | BOA Prod_Ex. 303 6-13-2014 Wire from Willow to TT | |
| Gov-303-BOAProd_613201 | | |
| Gov-304-BOAProd_617201 | | |
| Gov-305-BOAProd_617201 | | |
| Gov-306 | BOA Prod_Ex. 306 6-17-2014 Wire from TT to Terry Transport | |
| Gov-307-BOAProd_815201 | | |
| Gov-308-BOAProd_915201 | | |
| Gov-309-BOAProd_101520 | | |
| Gov-310-BOAProd_110614 | | |
| Gov-311-BOAProd_111420 | | |
| Gov-312-BOAProd_121520 | | |
| Gov-313-BOAProd_105201 | | |
| Gov-314-BOAProd_204201 | | |
| Gov-315-BOAProd_213201 | | |
| Gov-318-BOAProd_41514C | | |
| Gov-319-BOAProd_617201 | | |
| Gov-320-BOAProd_617201 | | |
| Gov-321-BOAProd_929201 | | |
| Gov-322-BOAProd_929201 | | |
| Gov-323-BOAProd_110520 | | |
| Gov-324-BOAProd_111220 | | |
| Gov-325-BOAProd_111420 | | |
| Gov-326-BOAProd_120420 | | |
| Gov-327 | BOA Prod_Ex. 327 12-05-2014 Wire from BTG to DAS | |
| Gov-328-BOAProd_121120 | | |
| Gov-329-BOAProd_121920 | | |

| | | |
|---|---|---|
| Gov-330-BOAProd_106201 | | |
| Gov-331 | BOA Prod_Ex. 331 1-07-2015 Wire from BTG to DAS | |
| Gov-332-BOAProd_113201 | | |
| Gov-333-BOAProd_120201 | | |
| Gov-334-BOAProd_204201 | | |
| Gov-335-BOAProd_204201 | | |
| Gov-336-BOAProd_219201 | | |
| Gov-337 | BOA Check_Ex. 337 #0992 from Terry Transport to DS | |
| Gov-338-_BOAProd_11032 | | |
| Gov-339-_BOAProd_11182 | | |
| Gov-340-BOAProd_120420 | | |
| Gov-341-BOAProd1052015 | | |
| Gov-342-BOAProd2042014 | | |
| Gov-343-BOAProd3042015 | | |
| Gov-344-BOAProd4072015 | | |
| Gov-345-BOAProd5222015 | | |
| Gov-346-BOAProd6302014 | | |
| Gov-347-BOAProd8032015 | | |
| Gov-348-BOAProd1152014 | | |
| Gov-349-BOAProd1202201 | | |
| Gov-350-BOAProd1205201 | | |
| Gov-351-BOAProdCheck10 | | |
| Gov-352-BOAProdCheck10 | | |
| Gov-353-BOAProdCheck50 | | |
| Gov-354-BOAProd | 1-28-2015 Top Tier Counter Credit | |
| Gov-355-BOAProd | 10-31-2014 Wire from Soothe to TT | |
| Gov-356-BOAProd | 11-05-2014 Counter Credit to Top Tier | |
| Gov-357-BOAProd | 11-14-2014 Wire from Central to Top Tier | |
| Gov-359-BOAProd | 12-02-2014 Counter Credit to Top Tier | |
| Gov-360-BOAProd | 12-10-2014 Wire from Soothe to Top Tier | |
| Gov-361-BOAProd | 12-30-2014 Counter Credit to Top Tier | |
| Gov-362-BOAProd | 12-18-2014 Wire from TT to BTG (Central) | |

| | | |
|---|---|---|
| Gov-363-BOAProd | 1-28-2015 Counter Credit to Top Tier | |
| Gov-364-BOAProd | 1-09-2015 Wire from Soothe to Top Tier | |
| Gov-365-BOAProd | 1-15-2015 Wire from Central to Top Tier | |
| Gov-366-BOAProd | 1-13-2015 Wire from TT to BTG (Soothe) | |
| Gov-367-BOAProd | 2-17-2015 Wire from TT to BTG (Soothe) | |
| Gov-368-BOAProd | 2-25-2015 Counter Credit to Top Tier | |
| Gov-370 | BOA Prod_12-04-2014 Wire from TT to BTG | |
| Gov-374-BOAProd | 12-10-2014 Wire from TT to BTG | |
| Gov-375-BOAProd | 9-26-2014 Counter Credit to Top Tier | |
| Gov-376-BOAProd | Signature Card for Terry Transport | |
| Gov-401-TopTierProd | April Top Tier Reports | |
| Gov-402-TopTierProd_Ch | | |
| Gov-403-TopTierProd_KL | | |
| Gov-407-TopTierProd_BT | | |
| Gov-408-TopTierProd_Ch | | |
| Gov-409-TopTierProd_To | | |
| Gov-411-TopTierProd_KL | | |
| Gov-412-TopTierProd_BT | | |
| Gov-413-TopTierProd_BT | | |
| Gov-419-WilkersonProd | Email re Matt's FPS Nov Report | |
| Gov-420-WilkersonProd | FPS Dec Report | |
| Gov-421-WilkersonProd | Fwd FPS Dec | |
| Gov-422-WilkersonProd | Jan Soothe Report Matt Perkins | |
| Gov-424-WilkersonProd | Patient Information | |
| Gov-425-TopTierProd | Michael Chatfield March Commissions | |
| Gov-426-TopTierProd | 6-17-2014 Wire from TT to Terry Transport | |
| Gov-501-KGProd_WillowR | | |
| Gov-502-KGProd_5052014 | | |
| Gov-503-KGProd_60914Em | | |
| Gov-504-KGProd_Textfro | | |
| Gov-506-KGProd_1017201 | | |
| Gov-507-KGProd_TTSept2 | | |

| | |
|---|---|
| Gov-508 | KG Prod_Ex. 508 Text btw MC & KG re Ins Coverage with PHP highlights |
| Gov-513-KGProd_50614Te | |
| Gov-514-KGProd_52614Te | |
| Gov-515-KGProd_52914Te | |
| Gov-516-KGProd_53014Te | |
| Gov-517-KGProd_60114Te | |
| Gov-518-KGProd_60214Te | |
| Gov-519-KGProd_60314Te | |
| Gov-520-KGProd_61714Te | |
| Gov-521-KGProd_62514Te | |
| Gov-525-KGProd | Email from KG to KN re Report |
| Gov-526-KGProd | Linz March Commissions |
| Gov 527 | KG Prod_Ex. 527 Text conversations with Top Tier Sales Team |
| Gov-528-A | KG Prod_Text conversations with Wilkerson Ares with HIGHLIGHTS |
| Gov-603-FTBProd_322201 | |
| Gov-604-FTBProd_425201 | |
| Gov-605-FTBProd_505201 | |
| Gov-606-FTBProd_515201 | |
| Gov-701-FDADocs_KGCons | |
| Gov-703-FDADocs_PHIPha | |
| Gov-704-FDADocs_PHIPha | |
| Gov-705-FDADocs_PHIPha | |
| Gov-706-FDADocs_PHIPha | |
| Gov-707-FDADocs_PHIPha | |
| Gov-710-FDADocs_Summar | |
| Gov-711-_FDADocs_Summa | |
| Gov-712-_FDADocs_Summa | |
| Gov-713-FDADocs_KGCons | |
| Gov-714-FDADocs_GSCons | |
| Gov-716-FDADocs_Summar | |

| | |
|---|---|
| Gov-717-FDADocs_Summar | |
| Gov-721-FDADocsSummary | |
| Gov-723-FDADocs | Summary of First Tennessee Deposits |
| Gov-725-FDADocs | Analysis of Integrimed and ARM transactions |
| Gov-726-FDADocs | Claims re Booker and referrals |
| Gov-727-FDADocs | Summary of Willow Cmpnd Detail |
| Gov-728-FDADocs | Summary of Central Rexall 1905732 |
| Gov-729-FDADocs | Copy of Soothe Compounding |
| Gov-730-FDADocs | Summary of Private Pay Claims through PBMs |
| Gov-731-FDADocs | Kriplean Summary Count-Exhibit Chart |
| Gov-801-RegionsProd_61 | |
| Gov-802-RegionsProd_61 | |
| Gov-803-RegionsProd_20 | |
| Gov-804-RegionsProd_10 | |
| Gov-805-RegionsProd_11 | |
| Gov-806-RegionsProd_12 | |
| Gov-807-RegionsProd_42 | |
| Gov-808-RegionsProd_60 | |
| Gov-809-RegionProd_Che | |
| Gov-810-RegionsProd_12 | |
| Gov-811-RegionsProd_12 | |
| Gov-812-RegionsProd_12 | |
| Gov-813-RegionsProd_KL | |
| Gov-814-RegionsProd_12 | |
| Gov-815-RegionsProd_12 | |
| Gov-816-RegionsProd_12 | |
| Gov-817-ARegionsProd | 2-05-2015 Wire from KLN to MP |
| Gov-817-RegionsProd_20 | |
| Gov-818-RegionsProd_30 | |
| Gov-819-ARegionsProd | 3-10-2015 Wire from KLN to MP |
| Gov-819-RegionsProd_31 | |

| | |
|---|---|
| Gov-820-RegionsProd_32 | |
| Gov-821-RegionsProd_32 | |
| Gov-822-RegionsProd_40 | |
| Gov-823-RegionsProd | 4-08-2015 Wire from KLN to MP |
| Gov-824-RegionsProd_Ch | |
| Gov-825-RegionsProd_Ch | |
| Gov-826-RegionsProd_Ch | |
| Gov-827-RegionsProd_11 | |
| Gov-828-RegionsProd_11 | |
| Gov-829-RegionsProd_12 | |
| Gov-830-RegionsProd_11 | |
| Gov-834-RegionsProd_53 | |
| Gov-836-RegionsProd_70 | |
| Gov-837-RegionsProd_20 | |
| Gov-838-RegionsProd_Ch | |
| Gov-839-RegionsProd_Ch | |
| Gov-840-RegionsProdChe | |
| Gov-841-RegionsProdChe | |
| Gov-842-RegionsProdChe | |
| Gov-843-RegionsProdChe | |
| Gov-844-RegionsProdChe | |
| Gov-845-RegionsProdChe | |
| Gov-846-RegionsProdChe | |
| Gov-847-RegionsProdChe | |
| Gov-848-RegionsProdChe | |
| Gov-849-RegionsProdChe | |
| Gov-850-RegionsProdChe | |
| Gov-851-RegionsProdChe | |

| | |
|---|---|
| Gov-852-RegionsProdChe | |
| Gov-853-RegionsProdChe | |
| Gov-854-RegionsProdChe | |
| Gov-855-RegionsProdChe | |
| Gov-856-RegionsProdChe | |
| Gov-858-RegionsProd_Wi | |
| Gov-859-RegionsProd | 1-5-2015 Wire from TT to KLN (FPS) |
| Gov-901-SummitCPAProd_ | |
| Gov-902-SummitCPAProd_ | |
| Gov-905-SummitCPAProd_ | |
| Gov-906-SummitCPAProd_ | |
| Gov-907-SummitCPAProd_ | |
| Gov-908-SummitCPAProd_ | |
| Gov-909-SummitCPAProd_ | |
| Gov-910-SummitCPAProd_ | |
| Gov-911-SummitCPAProd_ | |
| Gov-916 | Summit CPA Prod_KLN Dec Soothe Commissions |
| Gov-1001-BCBSProdCovera | |
| Gov-1010-BCBSProd_BCBST | |
| Gov-1112-BCBSProd_Willo | |
| Gov-1201-KLNProd_KLNMay | |
| Gov-1202-KLNProd_KLNDec | |
| Gov-1203-KLNProd_KLNOct | |
| Gov-1206-KLNProd_KLNFeb | |
| Gov-1207-_KLNProd_KLNDe | |
| Gov-1209-KLNProd | KLN Nov FPS Commission |
| Gov-1301-CentralProd_Ju | |
| Gov-1302-CentralProd_TT | |
| Gov-1303-CentralProd_TT | |

| | |
|---|---|
| Gov-1304-CentralProd_TT | |
| Gov-1305-CentralProd_TT | |
| Gov-1306-CentralProd_TT | |
| Gov-1307-CentralProd_TT | |
| Gov-1308-CentralProd_TT | |
| Gov-1309-CentralProd_Jo | |
| Gov-1312-CentralProd_To | |
| Gov-1313-CentralProd_10 | |
| Gov-1314-CentralProd_10 | |
| Gov-1315-CentralProd_11 | |
| Gov-1319-CentralProdAve | |
| Gov-1320-CentralProdGeo | |
| Gov-1321-CentralProdJos | |
| Gov-1323-CentralProdVal | |
| Gov-1324-CentralProdMic | |
| Gov-1326-CentralProdFax | |
| Gov-1329-CentralProdRya | |
| Gov-1330-CentralProdBay | |
| Gov-1331-ACentralProdBi | |
| Gov-1331-CentralProdBil | |
| Gov-1332-CentralProd | Central Knowledgement & Agreement with WW |
| Gov-1333-CentralProd | Independent Distributor Agreement |
| Gov-1403-BTGProd_BTGFPS | |
| Gov-1405 | BTG Prod_Ex. 1405 DAS May Commissions |
| Gov-1406 | BTG Prod_Ex. 1406_6-20-2014 Check from BTG to DAS |
| Gov-1407-BTGProd_BTGMay | |
| Gov-1410-BTGProd_BTGFPS | |
| Gov-1411-BTGProd_BTGFPS | |
| Gov-1412-BTGProd_JCMAug | |

| | |
|---|---|
| Gov-1413-BTGProd_JCMFPS | |
| Gov-1415 | BTG Prod_Ex. 1415 DAS FPS Nov Commissions |
| Gov-1416-BTGProd_JCMSoo | |
| Gov-1417-BTGProd_BTGFPS | |
| Gov-1418-BTGProd_JCMFPS | |
| Gov-1419-BTGProd_BTGSoo | |
| Gov-1502-JCMProd_JCMFPS | |
| Gov-1503-JCMProd_JCMFPS | |
| Gov-1504-JCMProd_JCMSoo | |
| Gov-1505-JCMProd_JCMFPS | |
| Gov-1506-JCMProd_JCMSoo | |
| Gov-1507-JCMProd_JCMCen | |
| Gov-1508-JCMProd_JCMFPS | |
| Gov-1509-JCMProd_JCMSoo | |
| Gov-1511-JCMProdBOAExtr | |
| Gov-1512-JCMProd | Nich Quincey Patient Info |
| Gov-1601-TopShelfProd_T | |
| Gov-1602-TopShelfProd_T | |
| Gov-1603-_TopShelfProd_ | |
| Gov-1605-_TopShelfProd_ | |
| Gov-1606-TopShelfProd | Independant Distributor Agreement |
| Gov-1803-WellsFargoProd | |
| Gov-1901-DCISDocs_FPSPa | |
| Gov-1902-DCISDocs_Centr | |
| Gov-1903-DCISDocs_Summa | |
| Gov-1905-DCISDocsZachRi | |
| Gov-1907-DCISDocsSignat | |
| Gov-1908-DCISDocs | Saddle Up Email from Wayne |
| Gov-1911-DCISDocs | Top Tier Marketer TRICARE Exposure Method |

| | | |
|---|---|---|
| Gov-1912-DCISProd | Names Corresponding to FPS TriCare RX Numbers | |
| Gov-1913-DCISProd | Names Corresponding to FPS TriCare RX Numbers | |
| Gov-1914-DCISDocs | Rice Recruits Summary of ESI Certified Claims Data | |
| Gov-1915-DCISDocs | Overall TRICARE Summary | |
| Gov-1917-DCISProd | TriCare Counts Exhibit Summary Chart | |
| Gov-2101-StrikerProd_St | | |
| Gov-2102-_StrikerProd91 | | |
| Gov-2103-StrikerProd_91 | | |
| Gov-2104-_StrikerProd_9 | | |
| Gov-2105-StrikerProd_92 | | |
| Gov-2106-StrikerProd_10 | | |
| Gov-2108-StrikerProdEma | | |
| Gov-2112-A | Striker Prod_Clip 1 03_20 to 05_17 | |
| Gov-2112-B | Striker Prod_Clip 2 page 7-9 time 12_09 to 15_21 | |
| Gov-2112-C | Striker Prod_Clip 3 page 13 time 20_52 to 21_09 | |
| Gov-2112-D | Striker Prod_Clip 4 page 13 time 23_07 to 24_25 | |
| Gov-2112-E | Striker Prod_Clip 5 page 17 time 29_55 to 30_55 | |
| Gov-2112-F | Striker Prod_Clip 6 page 19-23 time 33_08 to 40_52 | |
| Gov-2112-G | Striker Prod_Clip 7 page 23-24 time 43_17 to 44_40 | |
| Gov-2112-H | Striker Prod_Clip 8 page 27 time 49_35 to 50_03 | |
| Gov-2112-I | Striker Prod_Clip 9 page 28 time 51_20 to 52_13 | |
| Gov-2112-J | Striker Prod_Clip 10 page 31-32 time 56_30 to 58_35 | |
| Gov-2112-K | Striker Prod_Clip 11 page 36-37 time 1_04_55 to 1_06_44 | |
| Gov-2112-L | Striker Prod_Clip 12 page 40-41 time 1_16-04 to 1_16_58 | |
| Gov-2112-M | Striker Prod_Clip 13 page 42 time 01_17_50 to 01_18_15 | |
| Gov-2112-N | Striker Prod_Clip 14 page 45-46 time 1_23_14 to 1_24_32 | |
| Gov-2112-O | Striker Prod_Clip 15 page 58-59 time 1_46_30 to 1_47_52 | |
| Gov-2301-FPSProd_103020 | | |
| Gov-2304-FPSProd_LinzRX | | |
| Gov-2305-FPSProd_913201 | | |
| Gov-2306-FPSProd_101520 | | |
| Gov-2307-FPSProd_103020 | | |
| Gov-2308-FPSProd_111120 | | |
| Gov-2309-FPSProd_1X | | |

| | |
|---|---|
| Gov-2310-FPSProd_924204 | |
| Gov-2311-FPSProdGeorgeS | |
| Gov-2312-FPSProdValerie | |
| Gov-2315-FPSProd_Jamiso | |
| Gov-2316-FPSProd_RyanMc | |
| Gov-2317-FPSProdBayleeW | |
| Gov-2318-FPSProd | Skylar White RX to FPS |
| Gov-2320-FPSProd | Wilkerson-FPS agreement |
| Gov-2502-PerkinsProdPer | |
| Gov-2601 | DAS Prod_Ex. 2601 DAS FPS November Commissions |
| Gov-2602 | DAS Prod_Ex. 2602 Email from Heather Burnette |
| Gov-2603 | DAS Prod_Ex. 2603 Email re Alyssa McDonald |
| Gov-2604 | DAS Prod_Ex. 2604 Email re Buisness Info |
| Gov-2605 | DAS Prod_Ex. 2605 Email re Creams |
| Gov-2606 | DAS Prod_Ex. 2606 Email re Heather Burnette Creams |
| Gov-2607 | DAS Prod_Ex. 2607 Email re Ingredients |
| Gov-2608 | DAS Prod_Ex. 2608 Email re Jillian Lynn |
| Gov-2609 | DAS Prod_Ex. 2609 Email re New Script Pad |
| Gov-2610 | DAS Prod_Ex. 2610 Email re Peeps I have Signed Up |
| Gov-2611 | DAS Prod_Ex. 2611 Email re Rachel Majors |
| Gov-2612 | DAS Prod_Ex. 2612 Email re Report |
| Gov-2613 | DAS Prod_Ex. 2613 Email re Sales Process |
| Gov-2614 | DAS Prod_Ex. 2614 Email re The Consent Form |
| Gov-2615 | DAS Prod_Ex. 2615 Email re Topical Creams |
| Gov-2616 | DAS Prod_Ex. 2616 Email re Webber |
| Gov-2701-VergotProdJame | |
| Gov-2702-AVergotProdZac | |
| Gov-2702-VergotProdZach | |
| Gov-2703-VergotProdBrad | |
| Gov-2704-AVergotProd | Matthew Perkins Patient Info Form |
| Gov-govt-170 | |
| Gov-govt-171 | |
| Gov-govt-172warepatient | |
| Gov-govt-18 | |
| Gov-govt-529 | |
| Def-ChatfieldExhib-11 | |

| | |
|---|---|
| Def-ChatfieldExhib-13 | |
| Def-ChatfieldExhib-2 | |
| Def-ChatfieldExhib-3 | |
| Def-Exhibit-142314TheCream | Hindmon Ex. 1 |
| Def-Exhibit-26414EmailtoSt | Hindmon Ex. 2 |
| Def-Hindmon-49 | |
| Def-mont-4 | |
| Def-montgomery-1 | |
| Def-montgomery-2 | |
| Def-Montgomery-3118cr11 | |
| Def-Wilkerson-1 | |
| Def-Wilkerson-2 | |
| Def-Wilkerson-3 | |
| Def-Wilkerson-4 | |
| Def-4 Hindmon-Exhibit-1a42314TheCrea | |
| Def-4 Hindmon-Exhibit-2a6414StatenMa | |
| Def-4 Hindmon-Exhibit-45DAS5670 | |
| Def-4 Hindmon-Exhibit-47DAS7879 | |