UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Case No. 1:18-cr-11 |
| v. ) | |
| ) | Judge Mattice |
| JERRY WAYNE WILKERSON, ) | Magistrate Judge Steger |
| MICHAEL CHATFIELD, ) | |
| KASEY NICHOLSON, ) | |
| BILLY HINDMON, and ) | |
| JAYSON MONTGOMERY, ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

## **ORDER**

The Court has become aware that the Sixth Circuit recently issued for publication a decision which may bear upon the loss calculation in this matter. *See United States v. Igboba*, --- F.3d ----, 2020 WL 3603683 (6th Cir. July 2, 2020). The Parties are invited but not required to submit supplemental briefing about this decision if they believe that it impacts the loss calculation in this matter. Such briefing shall not exceed five pages. *See* Local Rule 7.1(d) ("[A] party may file a supplemental brief of no more than 5 pages to call to the Court's attention developments occurring after a party's final brief is filed.").

**SO ORDERED** this 9th day of July, 2020.

 */s/ Harry S. Mattice, Jr.*
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE

1