UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 1:18-cr-11 |
| v. ) | |
| ) | Judge Mattice |
| JERRY WAYNE WILKERSON, ) | Magistrate Judge Steger |
| MICHAEL CHATFIELD, ) | |
| KASEY NICHOLSON, ) | |
| BILLY HINDMON, and ) | |
| JAYSON MONTGOMERY, ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

## ORDER

Before the Court is the Joint Motion for Expert Testimony Pertaining to Sentencing and Incorporated Memorandum of Law of Defendants Jerry Wayne Wilkerson, Kasey Nicholson, Billy Hindmon, and Jayson Montgomery. [Doc. 483.] For the reasons set forth during the telephonic conference with the Parties, the motion [Doc. 483] is hereby **DENIED**.

**SO ORDERED** this 14th day of July, 2020.

                                                                                            */s/ Harry S. Mattice, Jr.*
                                                                      HARRY S. MATTICE, JR.
                                                    UNITED STATES DISTRICT JUDGE